**REED SMITH LLP**
Raymond A. Cardozo (State Bar No. 173263)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-Mail: rcardozo@reedsmith.com
Facsimile: (925) 407-2700
*Counsel for Defendant*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
jsmith@bursor.com
ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM TAKANO and TRACY MCCARTHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 2:17-cv-00385 TLN-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT THE PROCTER & GAMBLE COMPANY'S TIME TO ANSWER THE COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley |

WHEREAS, Plaintiffs Tom Takano and Tracy McCarthy ("Plaintiffs") filed their Class Action Complaint ("Complaint") in this action on February 21, 2017.

WHEREAS, Defendant Procter & Gamble Company ("P&G") filed a motion to dismiss on March 29, 2017, which was ruled upon by this Court on October 24, 2018, and therefore the date by which P&G must respond to the Complaint currently is set for November 7, 2018.

WHEREAS, in accordance with Local Rule 144, the Plaintiffs and P&G have agreed to extend the time for P&G to answer the Complaint up to and including December 5, 2018, which is 28 days from the date that the answer is currently due and does not exceed the 28 days allowed

under Local Rule 144. This is the first extension of time to respond to the Complaint agreed to by Plaintiffs and P&G.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the Plaintiffs and The Procter & Gamble Co., through their respective counsel, that P&G's time to answer the Complaint shall be extended to December 5, 2018. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

Dated: November 2, 2018      **REED SMITH LLP**

By: /s/ Raymond A. Cardozo
    Raymond A. Cardozo

Raymond A. Cardozo (State Bar No. 173263)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-Mail: rcardozo@reedsmith.com
*Counsel for Defendant*

Dated: November 2, 2018      **BURSOR & FISHER, P.A.**

By: /s Yeremey Krivoshey (as authorized on 10/30/2018
    Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
*Counsel for Plaintiffs*

Dated: November 6, 2018

_____
HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER EXTENDING DEFENDANT THE PROCTER & GAMBLE CO.'S TIME TO ANSWER THE COMPLAINT