**REED SMITH LLP**
Raymond A. Cardozo (State Bar No. 173263)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-Mail: rcardozo@reedsmith.com
Facsimile: (925) 407-2700
*Counsel for Defendant*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
jsmith@bursor.com
ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM TAKANO and TRACY MCCARTHY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 2:17-cv-00385 TLN-AC<br><br>**JOINT STIPULATION AND ORDER EXTENDING THE PROCTER & GAMBLE COMPANY'S TIME TO ANSWER THE COMPLAINT**<br><br>Judge: Hon. Troy L. Nunley |

WHEREAS, Plaintiffs Tom Takano and Tracy McCarthy ("Plaintiffs") filed their Class Action Complaint ("Complaint") in this action on February 21, 2017.

WHEREAS, the Parties are in discussions to resolve this action.

WHEREAS, in accordance with Local Rule 144, the Plaintiffs and P&G have agreed to extend the time for P&G to answer the Complaint up to and including January 2, 2019, which is 28 days from the date that the answer is currently due, December 5, 2018. This is the second extension of time to respond to the Complaint agreed to by Plaintiffs and P&G. The previous

| | |
|---|---|
| 1 | agreement of an extension extended the date that the answer was due from November 7, 2018 to |
| 2 | December 5, 2018. |

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the Plaintiffs and The Procter & Gamble Co., through their respective counsel, that P&G's time to answer the Complaint shall be extended up to and including January 2, 2019. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is necessary.

Dated: December 4, 2018  **REED SMITH LLP**

By: /s/ Raymond A. Cardozo
    Raymond A. Cardozo

Raymond A. Cardozo (State Bar No. 173263)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-Mail: rcardozo@reedsmith.com

*Counsel for Defendant*

Dated: December 4, 2018  **BURSOR & FISHER, P.A.**

By: /s/ Yeremey Krivoshey
    Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
       jsmith@bursor.com
       ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Counsel for Plaintiffs*

STIPULATION AND ORDER EXTENDING DEFENDANT THE PROCTER & GAMBLE CO.'S TIME TO ANSWER PLAINTIFFS' COMPLAINT

DMSLIBRARY01\33500237.v1

**SO ORDERED.**

Dated: December 10, 2018

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER EXTENDING DEFENDANT THE PROCTER & GAMBLE CO.'S TIME TO ANSWER PLAINTIFFS' COMPLAINT

DMSLIBRARY01\33500237.v1